# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**JUAN B. OLIVA** and **MIGDALIA P. OLIVA, his wife,**
Appellants,

v.

**GENERAL MACHINE COMPANY OF NEW JERSEY, INC.,** a foreign
corporation,
Appellee.

No. 4D16-1159

[October 5, 2017]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Edward A. Garrison, Acting Circuit Judge; L.T. Case No. 2008CA022587XXXXAI.

Brian J. Glick of Glick Law Firm, P.A., Boca Raton, for appellants.

John B. Marion, IV of Sellars, Marion & Bachi, P.A., West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CONNER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***